**FILED**

SEP 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8810 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jackelin ROCHA-Martínez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 3, 2008, within the Southern District of California, defendant Jackelin ROCHA-Martínez did knowingly and intentionally import approximately 8.28 kilograms (18.21 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF SEPTEMBER 2008.

_____
Peter C. Lewis
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
      v.
Jackelin ROCHA-Martínez

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On September 4, 2008, at approximately 2056 hours, Jackelin ROCHA-Martínez (ROCHA) entered the United States at the Calexico, California, west port of entry. ROCHA was the driver of a 1996 Ford Thunderbird and was accompanied by her infant son.

ROCHA approached lane number seven which was being manned by Customs and Border Protection Officer (CBPO) Pelayo. During routine border inspection questioning, ROCHA gave a negative customs declaration. CBPO Pelayo decided to refer the vehicle to the vehicle secondary lot for further inspection.

While at vehicle secondary, CBPO Ibarra took over the inspection. CBPO Ibarra received a negative customs declaration from ROCHA. ROCHA stated she was on her way to take her baby to the hospital.

CBPO/CEO (Customs Enforcement Officer) Taylor was asked to assist with his assigned Human/Narcotics Detection Dog, when the dog alerted to the vehicle ROCHA was driving. CBPO/CEO Taylor informed CBPO Ibarra of the alert. CBPO Ibarra continued the

vehicle inspection, which revealed several packages, concealed within the spare tire of the vehicle and inside the trunk.

A subsequent inspection of the vehicle revealed six (6) packages concealed inside the spare tire of the vehicle and two more in the trunk. CBPO Ibarra probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 8 packages had a combined weight of approximately 8.28 kilograms (18.21 pounds) of marijuana.

ROCHA was placed under arrest and advised of her rights, per Miranda, which she acknowledged and waived, agreeing to answer questions. ROCHA stated she knew she was smuggling marijuana. ROCHA was to drive the drug-laden vehicle to the Los Angeles, California area. ROCHA stated she was offered $2,000.00 dollars to drive the drug-laden vehicle into the United States.